UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY KELLOUGH, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00711-SRC |
| | ) | |
| WESTGATE RESORTS, LTD., L.P., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| JOHN HAMBACKER, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:20-cv-00833-SRC |
| | ) | |
| WESTGATE RESORTS, LTD., L.P., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## KELLOUGH AND HAMBACKER PLAINTIFFS' MOTION TO DISMISS

COMES NOW *Kellough* and *Hambacker* Plaintiffs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismiss these claims without prejudice.

Dated: November 12, 2020

Respectfully submitted,

Consumer Law Protection Lawyers

By: */s/ Mark Keersemaker*
Mark A. Keersemaker, Jr., #48849MO
8600 Daniel Dunklin Blvd.
Pevely, MO 63070
(314)-686-4630
m.keersemaker@consumerlawprotection.com

*Attorneys for Plaintiffs and the Proposed Class*